

**FILED**

MAY - 5 2022

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES HUTCHINGS, JR.,<br><br>Defendant. | Criminal Case No. 19-361 (BAH)<br><br>Chief Judge Beryl A. Howell |

## VERDICT FORM

**COUNT ONE:** **Conspiracy to Commit an Offense Against the United States, 18 U.S.C. § 371**

With respect to the offense of Conspiracy to Commit an Offense Against the United States, we, the members of the jury, unanimously find defendant James Hutchings, Jr.:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

*If you find defendant James Hutchings, Jr. guilty on Count One, please also answer the following:*

We, the members of the jury, unanimously find that the conspiracy involved an agreement to violate the crimes identified below:

A.   engaging in interstate travel with the intent to sell or acquire firearms in furtherance of the business of dealing in firearms, constituting a violation of Title 18, United States Code, Section 922(a)(1)(A), in violation of Title 18, United States Code, Section 924(n):

_____ NOT PROVEN          \_\_✓\_\_ PROVEN

B.   transferring firearms to persons not residing in the state where the transferor resides, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a):

_____ NOT PROVEN          \_\_✓\_\_ PROVEN

C.      transporting, possessing or receiving any firearm, which has been shipped or transported in interstate commerce, to a person previously convicted of a crime punishable by a term of imprisonment exceeding one year and having knowledge of that fact, in violation of Title 18, United States Code, Section 922(g)(1):

_____ NOT PROVEN      ✓_____ PROVEN

We, the members of the jury, unanimously find that the conspiracy involved the overt acts identified below:

(a)      Between on or about September 4, 2018, and on or about December 6, 2018, Kofi Appiah, and others known and unknown to the grand jury, purchased multiple firearms in the State of Georgia:

_____ NOT PROVEN      ✓_____ PROVEN

(b)      Between on or about September 4, 2018, and December 19, 2018, Kofi Appiah would utilize his mobile device ("cell phone") to communicate with prospective purchasers, including the defendant:

_____ NOT PROVEN      ✓_____ PROVEN

(c)      Between on or about September 4, 2018, and December 19, 2018, Kofi Appiah agreed to sell multiple firearms to the defendant in exchange for U.S. currency:

_____ NOT PROVEN      ✓_____ PROVEN

(d)      Between on or about September 4, 2018, and December 19, 2018, defendant provided Kofi Appiah with U.S. currency in exchange for the firearms by using a mobile app called "Cash App." Defendant used his girlfriend's cell phone to coordinate multiple financial transactions, including at least one of the transactions below:

      i.      On November 30, 2018, defendant, through his girlfriend, sent Kofi Appiah $1,500 via Cash App:

      _____ NOT PROVEN      ✓_____ PROVEN

      ii.      On December 1, 2018, defendant, through his girlfriend, sent Kofi Appiah $410 via Cash App:

      _____ NOT PROVEN      ✓_____ PROVEN

2

iii.    On December 3, 2018, defendant, through his girlfriend, sent Kofi Appiah $310 via Cash App:

_____ NOT PROVEN        __✓__ PROVEN

iv.    On December 6, 2018, defendant, through his girlfriend, sent Kofi Appiah $430 via Cash App:

_____ NOT PROVEN        __✓__ PROVEN

(e)    On or about December 6, 2018, Kofi Appiah purchased additional firearms for sale, both on his own and with the assistance of Person-1, in Columbus, Georgia:

_____ NOT PROVEN        __✓__ PROVEN

(f)    On or about December 7, 2018, Kofi Appiah traveled from Atlanta, Georgia to Arlington, Virginia, carrying the firearms intended for sale with him:

_____ NOT PROVEN        __✓__ PROVEN

(g)    On or about December 7, 2018, Kofi Appiah and defendant met, in person, in order to transfer the firearms from Kofi Appiah to the defendant:

_____ NOT PROVEN        __✓__ PROVEN

(h)    On or about December 9, 2018, Kofi Appiah returned to Columbus, Georgia, and continued to purchase additional firearms, with the intent to deliver purchased firearms to the defendant, texting the defendant on December 5, 2018, "Tomorrow is the last day I'll be able to get anything to bring back on Friday. And I alot more to get":

__✓__ NOT PROVEN        _____ PROVEN

(i)    Between on or about December 7, 2018 and on or about December 19, 2018, Linwood Thorne received such firearms referenced above, and stored them in the District of Columbia:

_____ NOT PROVEN        __✓__ PROVEN

(j)    Between on or about December 8, 2018, and on or about December 19, 2018, defendant traveled in the District of Columbia and the State of Maryland in order to transfer or facilitate the transfer of the firearms to Linwood Thorne:

_____ NOT PROVEN        __✓__ PROVEN

3

We, the members of the jury, unanimously find, by a preponderance of the evidence, that at least one of the overt acts found proven above was committed in the District of Columbia:

_____ NOT PROVEN        ___✓___ PROVEN

5/5/2022  1:48 pm
DATE/TIME

FOREPERSON'S SIGNATURE

4